IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 20 A 9: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CIVIL. NO. 2:06-CV-00736-WKW-SRW |
| SEVENTY FOUR THOUSAND SEVEN HUNDRED ($74,700) DOLLARS IN UNITED STATES CURRENCY, | |
| Defendant. | |

## CLAIM

Before me the undersigned authority came George E. Jones, Jr., who under oath gives the following statement.

1. My name is George E. Jones, Jr.. I make this claim pursuant of Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for an interest in the currency made subject of this action for forfeiture pursuant to Title 21, United States Code (U.S.C.) Section 881 (a)(6) and Title 28, United States Code (U.S.C.) Sections 1345 and 1355.

2. I am entitled to the lawful possession of said currency because I lawfully own an interest in same and was in possession of same at the time of seizure.

**DATED** this the <u>19th</u> day of September, 2006.

_George E. Jones_
George E. Jones, Jr.

STATE OF ALABAMA              )

MONTGOMERY COUNTY      )

      Before me the undersigned authority, a Notary Public for the State at Large, personally appeared **George E. Jones, Jr.**, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief.

_____
George E. Jones, Jr.

      SWORN to and SUBSCRIBED before me this the <u>19th</u> day of September, 2006.

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon Honorable John Harmon, Assistant United States Attorney, P.O. Drawer 197, Montgomery, Alabama 36101-0197, by personal service or by placing a copy thereof postage prepaid and properly addressed in the United States Mail on this 20th day of September, 2006.

_____
Of Counsel