IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:2006-CV-736-WKW |
| | * | |
| **SEVENTY-FOUR THOUSAND SEVEN** | * | |
| **HUNDRED DOLLARS ($74,700)** | * | |
| **IN UNITED STATES CURRENCY,** | * | |
| | * | |
| Defendant. | * | |

## ANSWER TO COMPLAINT
## FOR FORFEITURE

Comes now the Claimant, **George E. Jones**, by and through **The Law Offices of Bruce Maddox,** and having previously filed a Claim with the Drug Enforcement Administration in this cause, files this **Answer** to the **Complaint For Forfeiture**, and respectfully says as follows:

1. The Claimant admits the allegations in paragraph one as to the nature of the complaint and date of seizure, but denies that the property was lawfully seized for violations of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.

2. The Claimant denies the allegations in paragraph two of the complaint.

3. The Claimant admits the allegations in paragraph three of the complaint, but does not admit any specific acts or ommissions.

4. The Claimant admits the allegations contained in paragraph four of the complaint.

5. a. The Claimant denies the allegations contained in paragraph 5a of the complaint.

   b. The Claimant denies the allegations contained in paragraph 5b of the complaint.

    c. The Claimant denies the allegations contained in paragraph 5c of the complaint upon the grounds that said search warrant was neither lawfully issued nor lawfully executed.

    d. The Claimant is without sufficient knowledge to admit or deny the allegations contained in paragraph 5d of the complaint.

    e. The Claimant is without sufficient knowledge to admit or deny the allegations contained in paragraph 5e of the complaint.

    f. The Claimant denies the allegations contained in paragraph 5f of the complaint upon the grounds that claimant contends that he was unlawfully questioned.

    g. The Claimant is without sufficient knowledge to admit or deny the allegations contained in paragraph 5g of the complaint.

    h. The Claimant is without sufficient knowledge to admit or deny the allegations contained in paragraph 5h of the complaint.

6. The Claimant denies the allegations contained in paragraph six of the complaint.

7. The Claimant denies the allegations contained in paragraph seven of the complaint.

8. The Claimant denies the allegations contained in paragraph eight of the complaint and demands strict proof thereof.

Respectfully submitted this the 27th day of September, 2006.

                                                    S/Bruce Maddox
                                                    Bruce Maddox (MAD013)
                                                    Attorney for George E. Jones

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Harmon Asst. United States Attorney.

Respectfully submitted.

S/Bruce Maddox
Of Counsel