IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:06cv736-WKW |
| | : | |
| SEVENTY FOUR THOUSAND SEVEN HUNDRED ($74,700) DOLLARS IN UNITED STATES CURRENCY, | : | |
| | : | |
| DEFENDANT. | : | |

<u>MOTION TO CONTINUE PRETRIAL CONFERENCE</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

The United States moves the Court to continue the pretrial conference in this cause set for May 7, 2007, to a time convenient to the Court. As grounds the United States would show that undersigned counsel is scheduled to be out of the country from April 23 through May 7, 2007.

Respectfully submitted this the 8th day of January, 2007.

```
                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing Motion to Continue Pretrial Date with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Bruce Maddox.**

```
                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
```