IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-736-WKW |
| | ) | |
| SEVENTY FOUR THOUSAND | ) | |
| SEVEN HUNDRED ($74, 700) | ) | |
| DOLLARS IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On January, 10, 2007, claimant George Jones filed a Motion to Stay Proceedings (Doc. # 13), pending the conclusion of a criminal trial arising out of the same facts and circumstances as the seizure of funds made subject of the above styled action. On January 8, 2007, the Government filed a Motion to Continue the Pretrial Conference in this case. (Doc. # 12.) Upon due consideration and good cause shown, it is hereby ORDERED that:

1. The Motion to Stay Proceedings (Doc. # 13) is DENIED.

2. The Motion to Continue Pretrial Conference (Doc. # 12) is GRANTED. The Pretrial Conference, previously set for May 7, 2007, is continued to September 10, 2007.

3. The trial of this matter is continued to October 15, 2007.

DONE this the 2nd day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE