IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:06cv736-WKW |
| | : | |
| SEVENTY FOUR THOUSAND SEVEN HUNDRED ($74,700) DOLLARS IN UNITED STATES CURRENCY, | : | |
| | : | |
| DEFENDANT. | : | |

### NOTICE OF MEDIATION AND SETTLEMENT CONFERENCE

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The parties have discussed settlement but no resolution has been reached.  Settlement discussions will continue. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 6th day of March, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2007, I electronically filed the foregoing Notice of Mediation and Settlement Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney