IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEVENTY FOUR THOUSAND SEVEN )<br>HUNDRED ($74,700) DOLLARS IN )<br>UNITED STATES CURRENCY, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-736-WKW |

**ORDER**

In consideration of the defendant's Motion to Suppress (Doc. #15) filed on February 26, 2007, it is ORDERED that the plaintiff shall file a RESPONSE on or before **May 21, 2007.**

DONE this 27th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE