IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-736-WKW |
| ) | |
| SEVENTY-FOUR THOUSAND SEVEN ) | |
| HUNDRED DOLLARS ($74,700) IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Motion to Suppress (Doc. # 15) is set for hearing **June 26, 2007, at 2:00 p.m.** in Courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 25th day of May, 2007.

                                                 /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE