IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:06cv736-WKW |
| | : | |
| SEVENTY FOUR THOUSAND SEVEN | : | |
| HUNDRED ($74,700) DOLLARS IN | : | |
| UNITED STATES CURRENCY, | : | |
| | : | |
| DEFENDANT. | : | |

MOTION TO CONTINUE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1.    A hearing on the Claimant's Motion to Suppress is set for June 26, 2007.  The U.S. has been informed that at least three of its potential witnesses for this hearing will be unavailable.  Two witnesses are set for travel during this period and one witness is recovering from a medical procedure.  The U.S. would also state that the United States Attorney's Office for the Middle District of Alabama is scheduled to move to its new office during the week of July 2-6, 2007.

2.    Accordingly, the U.S. moves the court to continue the hearing for fourteen (14) days until July 10, 2007.  Trial in this matter is set for October 15, 2007.  This continuance will not cause any delay in this trial date.

Respectfully submitted this the 15th day of June, 2007.


                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing Motion to Continue Pretrial Date with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Bruce Maddox.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney