## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                           ) | |
|             Plaintiff,                                 ) | |
|                                                           ) | |
|             v.                                           ) | CASE NO. 2:06-cv-736-WKW |
|                                                           ) | |
| SEVENTY FOUR THOUSAND SEVEN ) | |
| HUNDRED ($74,700) DOLLARS IN    ) | |
| UNITED STATES CURRENCY,         ) | |
|                                                           ) | |
|             Defendant.                              ) | |

### ORDER

Upon consideration of plaintiff's Motion to Continue (Doc. # 20) filed on June 15, 2007, it is hereby

ORDERED that the hearing on Claimant's Motion to Suppress presently set for June 26, 2007, is reset for 2:00 p.m. on September 6, 2007.  The pretrial hearing will also be conducted on this date.

DONE this 19th day of June, 2007.

             /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE