IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-0736-WKW |
| ) | |
| SEVENTY FOUR THOUSAND SEVEN ) | |
| HUNDRED ($74,700) DOLLARS IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties are hereby ORDERED to submit a revised proposed pretrial order to the court no later than **September 12, 2007**.

Furthermore, if the parties have any further briefs concerning the hearing on claimant's motion to suppress conducted on September 6, 2007, the parties are ORDERED to file them by **September 17, 2007**.

Done this 7th day of September, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE