# THIS ORDER IS HEREBY STRICKEN FROM THE CASE AS A DOCKETING ERROR. PLEASE DISREGARD THIS ENTRY FROM THE DOCKET.