**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

```
October 3, 2007
```

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: United States of America vs. Seventy Four Thousand Seven Hundred Dollars**
**Case Number: 2:06cv736-WKW**

**Pleading : #30 - Scheduling Order**

**Notice of Correction is being filed this date to advise that the referenced Order entered on 10/3/07 is hereby STRICKEN from the record as a docketing error. This order was entered in the wrong case.**