```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|          PLAINTIFF,             ) | |
|                                 ) | |
|     v.                          ) | CIVIL ACTION NO. 2:06cv736-WKW |
|                                 ) | |
| SEVENTY FOUR THOUSAND SEVEN     ) | |
| HUNDRED ($74,700) DOLLARS IN    ) | |
| UNITED STATES CURRENCY,         ) | |
|                                 ) | |
|          DEFENDANT.             ) | |

JOINT MOTION FOR TRIAL UPON SUBMITTED EVIDENCE AND BRIEFS

The United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby submits the following:

1.   A bench trial in this matter is currently set for October 15, 2007.  The parties have reached an agreement to, upon Court approval, submit all issues to the Court to be decided based upon the transcript of the suppression hearing conducted on September 6, 2007, drug analysis reports on all drugs seized in this case and briefs.  No other evidence will be submitted.  Written stipulations to this effect have been executed and will be submitted to the Court next week.

2.    Accordingly, the parties would jointly move to continue the October 15, 2007, trial date.  The parties would further move the Court to allow the United States to submit the aforementioned transcript, the drug analysis reports and a trial brief on October

29, 2007, and to allow the Claimant to submit his trial brief on the same date.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Motion.

```
                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY


Date: 10-12-07              /s/John T. Harmon
                            JOHN T. HARMON
                            Assistant United States Attorney
                            Attorney for Plaintiff
                            United States of America



Date: 10-12-07              /s/Bruce S. Maddox
                            BRUCE S. MADDOX
                            Attorney for Claimant George Edward
                            Jones, III
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

For Claimant:

6728 Taylor Court
Montgomery, Alabama 36117
Telephone: (334) 244-7333
Facsimile: (334) 260-9600