IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-0736-WKW |
| | ) |
| SEVENTY FOUR THOUSAND SEVEN | ) |
| HUNDRED ($74,700) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On the basis of the representations of the parties in their Joint Motion for Trial Upon Submitted Evidence and Briefs (Doc. # 35), it is ORDERED that the trial of this case is continued generally, with the case being submitted on the transcript of the motion to suppress hearing held September 6, 2007, and documentary evidence introduced therein, the stipulation of the parties to be filed **on or before October 19, 2007**, and final trial briefs to be filed by the parties **on or before October 29, 2007**.

Furthermore, as there will be no further testimony, it is hereby ORDERED that the Government's Motion in Limine (Doc. # 32) seeking to bar the testimony of the claimant is DENIED as MOOT.

DONE this 12th day of October, 2007.

　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE