IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv736-WKW |
| | ) | |
| SEVENTY FOUR THOUSAND SEVEN | ) | |
| HUNDRED ($74,700) DOLLARS IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## TRIAL STIPULATIONS

It is hereby stipulated by and between the United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Claimant George Edward Jones, III (Claimant), by and through his respective attorney, as follows:

1.    That the parties do hereby agree that this matter shall be submitted to the Court for decision based upon the transcript of the suppression hearing in this matter held on September 6, 2007, and as otherwise specified herein. The parties specifically agree that no hearing will be required to resolve this matter.

2.    That Claimant stipulates that the drug analysis reports on all drugs seized in this case are admitted for the purposes of the Court's decision, and that said reports accurately report the analysis of the seized drugs.

3.    That the Claimant will not submit any evidence to the Court.

4.   That the parties agree that the Claimant has preserved the right to contest whether the United States has established the forfeitability of the defendant currency.

5.   That the parties agree that the Claimant has preserved appellate review of the Court's decision on the suppression issue.

6.   That both parties have preserved appellate review of the Court's ultimate decision.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 10/17/07

JOHN T. HARMON
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 10-17-07

BRUCE S. MADDOX
Attorney for Claimant George Edward
Jones, III

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

For Claimant:

6728 Taylor Court
Montgomery, Alabama 36117
Telephone: (334) 244-7333
Facsimile: (334) 260-9600