IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:06cv736-WKW |
| | * | |
| **SEVENTY-FOUR THOUSAND SEVEN** | * | |
| **HUNDRED DOLLARS ($74,700)** | * | |
| **IN UNITED STATES CURRENCY,** | * | |

## MOTION TO STRIKE FROM CONSIDERATION
## ON TRIAL BY STIPULATION

Comes now the Claimant moves the Court to strike from consideration, upon trial on the merits, the affidavit for search warrant and all references thereto, from the hearing on Motion to Suppress, and as grounds therefor says as follows:

1. That the case is submitted for trial upon the transcript of the hearing of Claimant's Motion to Suppress.

2. That certain hearsay evidence was admissible for purposes of the suppression hearing, but, as to the trial on the merits, is inadmissible.

Respectfully submitted this the 29th day of October, 2007.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for George Jones
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel

Case 2:06-cv-00736-WKW-SRW    Document 39    Filed 10/29/2007    Page 2 of 2