IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-0736-WKW |
| | ) |
| SEVENTY FOUR THOUSAND SEVEN | ) |
| HUNDRED ($74,700) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the Government shall file a written response to the claimant's Motion to Strike from Consideration on Trial by Stipulation (Doc. # 39) **on or before November 29, 2007**.

DONE this 20th day of November, 2007.

      /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE